**Elmer HARRISON, Respondent,**

v.

**Thyssenkrupp STAHL, Appellant,**

**Treasurer of the State of Missouri–Custodian of the Second Injury Fund, Respondent.**

**No. WD 74248.**

Missouri Court of Appeals, Western District.

July 31, 2012.

Joseph R. Ebbert, Kansas City, MO, for appellant.

Thomas Stein and Richard C. Wiles, Kansas City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, CYNTHIA L. MARTIN, Judge and JOEL P. FAHNESTOCK, Special Judge.

**ORDER**

PER CURIAM.

Thyssenkrupp Stahl appeals the Labor and Industrial Relations Commission's award of workers' compensation benefits to Elmer Harrison. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the Commission's final award.

AFFIRMED. Rule 84.16(b).